NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1138

STATE OF LOUISIANA

VERSUS

ERIC B. GIPSON

**********

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT
PARISH OF VERNON, NO. 61044
HONORABLE VERNON BRUCE CLARK, DISTRICT JUDGE

**********

ARTHUR J. PLANCHARD
JUDGE PRO TEMPORE

**********

Court composed of Billie Colombaro Woodard and Elizabeth A. Pickett, Judges and Arthur J. Planchard, Judge Pro Tempore.

**AFFIRMED AS AMENDED.**

**Kenota Pulliam Johnson**
**9963 Trailridge Dr.**
**Shreveport, LA 71106**
**Counsel for: Defendant-Appellant**
    **Eric B. Gipson**

**Eric B. Gipson**
**Concordia Parish Prison**
**26356 Hwy 15**
**Ferriday, LA 71334**
**Pro Se**

**Hon. William E. Tilley**
**P.O. Box 1188**
**Leesville, LA 71496-1188**
**Counsel for: Plaintiff-Appellee**
    **State of Louisiana**